**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

Michelle C., on behalf of Alexander M.,

Plaintiff,

-v-

Commissioner of Social Security,

Defendant.

-------------------------------------------------------------------X

25 **CIVIL** 6083 (SDA)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2026, Plaintiff's motion is GRANTED, the Commissioner's decision is reversed and this action is remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York

August 31, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**